## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EBESHI B. ONYI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 15-CV-436-GKF-FHM |
| TRIUMPH AEROSYSTEMS, INC., d/b/a SPIRIT AERO SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

### **JUDGMENT**

Pursuant to the court's order granting the Motion for Summary Judgment of defendant Triumph Aerosystems, Inc., the court's order granting in part defendant's Motion to Dismiss, and plaintiff's "Notice of Dismissal Without Prejudice as to Defendant Spirit Aerosystems, Inc.," it is ordered that the plaintiff Ebeshi B. Onyi recover nothing, and the action be dismissed on the merits.

ENTERED this 16th day of December, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT